John A. Rafter, Jr., California State Bar No. 126217
E-mail: jarafter@stoel.com
Jere M. Webb, Oregon State Bar No. 69178
E-mail: jmwebb@stoel.com
David L. Silverman, Oregon State Bar No. 01414
E-mail: dlsilverman@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204-1268
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

Dated: May 23, 2006

*IT IS SO ORDERED*
*Judge Maxine M. Chesney*

Attorneys for Plaintiff InterDent Service Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **INTERDENT SERVICE CORPORATION,** a Washington corporation,,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**DR. DUC SY NGUYEN, D.D.S.**, an individual,,<br><br>　　　　　　Defendant. | Case No.  C 06 1345 MMC<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed R. Civ. P. 41(a)(1), Plaintiff hereby gives notice of dismissal of this action. Defendant has not appeared or filed a responsive pleading. Plaintiff respectfully requests that this Court enter judgment of dismissal without prejudice.

DATED: May 22, 2006

　　　　　　　　　　　　　　　　　　　　STOEL RIVES LLP

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John A. Rafter, Jr., California State Bar No. 126217
　　　　　　　　　　　　　　　　　　　　Jere M. Webb, Oregon State Bar No. 69178
　　　　　　　　　　　　　　　　　　　　David L. Silverman, Oregon State Bar No. 01414
　　　　　　　　　　　　　　　　　　　　Telephone:  (503) 224-3380
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff